UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION LEXINGTON

Civil Action No.: 12-CV-00035-DCR

MICHAEL DEAN VAUGHAN,                                          Plaintiff

   Vs.

KENTUCKY ARMY NATIONAL GUARD, and                  Defendants
UNITED STATES DEPARTMENT OF THE ARMY

### MOTION TO DISMISS

*****     *****     *****     *****     *****

The United States Attorney asks the court to Dismiss this action pursuant to Rule

12(b)(1) for the reasons set forth in the attached memorandum.


Respectfully Submitted,

Kerry B. Harvey
United States Attorney

/s/ David E. Middleton
David E. Middleton
Assistant U.S. Attorney
260 West Vine Suite 300
Lexington KY 40507-1612
(859) 685-4830
david.middleton@usdoj.gov

## CERTIFICATE OF SERVICE

I certify I electronically filed this document with the clerk of the court by using the

CM/ECF system which caused electronic service on all parties whose attorneys are in the

system.

I further certify that I mailed a copy of this document by regular U.S. Mail to:

Michael Dean Vaughan
2010 Scott Blvd.
Covington, KY  41014

On August 3, 2012.

 /s/ David E. Middleton
David E. Middleton
Assistant U.S. Attorney