**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

Eastern District of Kentucky
**F I L E D**

AUG - 8 2012

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| 1LT Michael Dean Vaughan<br>2010 Scott BLVD.<br>Covington, KY 41014 | )<br>)<br>)<br>)  Case No.: No. [3:12-cv-00035] |
| *Plaintiff,* | )<br>) |
| vs. | )  Judge: Danny C. Reeves<br>)  Magistrate: |
| | )<br>) |
| KY Army National Guard<br>100 Minuteman PKWY<br>Frankfort, KY 40601 | )<br>)<br>)<br>) |
| AND | )<br>) |
| United States Department of the Army<br>1400 Defense Pentagon<br>Washington DC 20301-1400 | )<br>)<br>)<br>) |
| *Defendant(s)* | )<br>)<br>)<br>) |

*"Oh, what a tangled web we weave when first we practice to deceive."*
-Sir Walter Scott, in Canto VI, Stanza 17 of "*Marmion*"

## INITIAL NOTICE OF FRAUD ON THE COURT

**TO THIS HONORABLE COURT:**

The Plaintiff 1LT Michael Dean Vaughan files this Initial Notice of Fraud upon the

Court perpetrated by the Defendants and the U.S. Attorney's Office in this action. The plaintiff

gives this court formal notice that he will be filing a Rule 11 Motion for Sanctions on or about

September 3rd, 2012.

The fraud(s) committed against this honorable court and the plaintiff in this action

include;

1) The <u>intentional</u> spoliation of evidence in order to affect the justiciability of this action. Specifically, that the defendants deleted the letter of reprimand from the plaintiff's OPMF [I-Perms], re-added it on July 25th, 2012 then again deleted it when their fraud was discovered by the plaintiff. This deletion (intentional spoliation) was confirmed by the Assistant U.S. Attorney David Middleton via an e-mail exchange dated August 7th, 2012.

2) That the Assistant U.S. Attorney deliberately lied in his Motion to Dismiss (Doc. No. 14-1, Page 3, Line 12-13) stating as fact that *"the Letter of Reprimand issued to the plaintiff was a local corrective action* **[false]**, *and the document **was never placed in the plaintiff's Official Military Personnel File*** **[false][Emphasis Added]***;...*". At the very minimum, the plaintiff has copies of the documents before and after the letter of reprimand was mysteriously deleted from 1LT Michael Vaughan's Official Military Personnel File and other documents including the e-mail from the AUSA in which he admitted that the Letter of Reprimand ("LOR") was in my OPMF file.

3) Additionally, in the Defendant's Motion to Dismiss, it was stated that (Doc. No. 14-1, Page 9, Line 11-15) *"That According to the declaration of the Chief of the Soldier Records Branch at the Army National Guard Readiness Center in Arlington, Virginia, she conducted a review of plaintiff's Official Military Personnel File (OMPF) on July 20, 2012. See Exhibit A (Barry Declaration, July 24, 2012). This review determined that "[n]o letter of reprimand is filed in 1LT Vaughan's OMPF."* [Emphasis Added] However, this statement is also a blatantly false lie by the U.S. Attorney's Office and the defendants in this action. What was verbatim stated in Marian J. Barry's [Chief iPERMS Section, Army National Guard Readiness Center] *"The*

*Letter of Reprimand was filed behind the DA 67-9, Relief for Cause on 2010-05-26 in 1LT Michael Vaughan's OMPF. The two documents (letter of reprimand and the DA 67-9) have been separated and accurately filed in the OMPF.* " However, as of August 7[th], 2012 the Letter of Reprimand has disappeared out of the plaintiff's OPMF file in order to support the defendant's and the U.S. Attorney's fraud on this court with their intentional and bad faith spoliation of evidence.

The Plaintiff 1LT Michael Dean Vaughan specifically alleges and will file with his Response in Opposition the particulars of the fraud(s) committed on this court prior to his filing of the Motion for Sanctions and a Motion to Strike the Defendant's Motion to Dismiss. Furthermore, plaintiff 1LT Michael Vaughan specifically alleges that the intentional spoliation of evidence was designed explicitly to affect the justiciability of this case and constitutes an egregious fraud on this court committed not only by the defendant's in this action but with the direct collusion and support of the U.S. Attorney's Office with the incredible intent of sullying the good name of the National Guard Bureau and Marian Barry [Chief iPERMS Section, Army National Guard Readiness Center] with their fraud on this court.

In Vaughan v. Hayes (3:10-CV-54, Doc. No. 35-1) plaintiff Vaughan filed in his personal (civilian capacity) a memorandum in which he demonstrates and gives proof of the KY Guard's willingness to LIE and FABRICATE evidence. In this instant case, the KY National Guard and the U.S. Attorney's office has now shown that they will also lie, destroy, and modify evidence in order to win this case at all costs. Plaintiff Vaughan has intentionally not attached supporting evidence in order to give the U.S. Attorney's Office and the defendants an opportunity to settle this case before the plaintiff has to publicly humiliate the U.S. Attorney's office and the

defendant's in his soon to be filed, motion for sanctions and response in opposition to the

defendants motion to dismiss. The honorable Judge Reeves has to only look at the sealed

Declaration of Marian J. Barry to confirm beyond a doubt, a small part of this fraud on his

honorable court.

**Respectfully submitted**

Dated this 8th day of August, 2012

MICHAEL DEAN VAUGHAN
Plaintiff (*PRO SE*)
2010 Scott Blvd.
Covington, KY 41014
(513) 365-8090
mvaughan@kyguardgonewild.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by regular U.S.

Postal Mail on this 8th day of August 2012, to the following;

| | |
|---|---|
| Kentucky Army National Guard<br>Office of the Staff Judge Advocate<br>ATTN: LTC Dylan Seitz<br>1 00 Minuteman Parkway<br>Frankfort, KY 40601 | ATTN: David Middleton<br>US Attorney-Civil Division<br>260 West Vine St. Suite 300<br>Lexington, KY 40507-1612 |
| The Honorable Eric Holder<br>Attorney General of the U.S<br>U.S. Department of Justice<br>950 Pennsylvania Ave. N.W<br>Washington, DC 20530-0001 | The Honorable John McHugh<br>Secretary, U.S. Army<br>1400 Defense Pentagon<br><br>Washington DC 20301-1400 |

MICHAEL DEAN VAUGHAN
Plaintiff (*PRO SE*)
2010 Scott Blvd.
Covington, KY 41014
(513) 365-8090
mvaughan@kyguardgonewild.com

**COMMONWEALTH OF KENTUCY**

**COUNTY OF KENTON**

Subscribed and sworn to before me on _____ 8/8/12 _____

My Commission Expires _____ 8/2/2014 _____

Notary Public _____



B. NEAL BROWN
Notary Public, Kentucky
State At Large
My Commission Expires
August 2, 2014
Notary ID 424026