**Eastern District of Kentucky**
**F I L E D**

**AUG 1 4 2012**

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

| | |
|---|---|
| 1LT Michael Dean Vaughan<br>2010 Scott BLVD.<br><br>Covington, KY 41014 )<br>*Plaintiff,*<br><br>vs.<br><br>KY Army National Guard<br>100 Minuteman PKWY<br><br>Frankfort, KY 40601<br><br>AND<br><br>United States Department of the Army<br>1400 Defense Pentagon<br><br>Washington DC 20301-1400<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)   Case No.: 3:12-cv-00035-DCR<br>)   Judge: Danny Reeves<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF THE PLAINTIFF 1LT MICHAEL VAUGHAN IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

Plaintiff 1LT Michael Vaughan states as follows;

1. I am the plaintiff in this action.

2. Annexed to this declaration as "Exhibit A" are true and correct copies of Army

Regulation 15-6, Army Regulation 600-37, Army Regulation 623-105, and Army

Regulation 623-3.

3.  Annexed to this declaration as "Exhibit B" are true and correct copies of KRS

35.015, KRS 35.220, KRS 35.436, and KRS 35.595

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS**

**TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Dated: August 14th, 2012

Respectfully submitted,
BY:

MICHAEL DEAN VAUGHAN
Plaintiff (*PRO SE*)
2010 Scott Blvd.
Covington, KY 41014
(513) 365-8080
mvaughan@kyguardgonewild.com