**United States District Court
Eastern District of Kentucky
(Frankfort Division)**

Eastern District of Kentucky
**FILED**

AUG 3 1 2012

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| 1LT Michael Dean Vaughan<br>2010 Scott BLVD. | ) | |
| | ) | |
| Covington, KY 41014 | ) | |
| Plaintiff, | ) | Case No.: 3:12-cv-00035-DCR |
| | ) | Judge: Danny Reeves |
| vs. | ) | |
| | ) | |
| KY Army National Guard<br>100 Minuteman PKWY | ) | |
| | ) | |
| Frankfort, KY 40601 | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| United States Department of the Army<br>1400 Defense Pentagon | ) | |
| | ) | |
| Washington DC 20301-1400 | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

**PLAINTIFF'S COMBINATION MOTION/MEMORANDUM IN SUPPORT OF HIS MOTION TO SEAL EXHIBITS "A-H" TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff respectfully requests that this Court enter an order sealing Exhibits "A-H" that Plaintiff has submitted in support of the PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS. The documents at issue contain Privacy Act Protected Documents concerning the Plaintiff. This relief is sought

on an interim basis, pending the entry by the Court of a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

**WHEREFORE,** the Plaintiff respectfully requests that the Court enter an order sealing Exhibits "A-H" to PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, and that Exhibit "A-h" remain under seal until a protective order has been entered by the Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

**Respectfully submitted**

Dated this 31ST day of August, 2012

MICHAEL DEAN VAUGHAN
Plaintiff (*PRO SE*)
2010 Scott Blvd.
Covington, KY 41014
(513) 365-8090
mvaughan@kyguardgonewild.com