Eastern District of Kentucky
**FILED**

AUG 3 1 2012

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**United States District Court**
**Eastern District of Kentucky**
**(Frankfort Division)**

| | |
|---|---|
| 1LT Michael Dean Vaughan <br> 2010 Scott BLVD. <br><br> Covington, KY 41014 <br><br> *Plaintiff,* <br><br> vs. <br><br> KY Army National Guard <br> 100 Minuteman PKWY <br><br> Frankfort, KY 40601 <br><br><br> AND <br><br> United States Department of the Army <br> 1400 Defense Pentagon <br><br> Washington DC 20301-1400 <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> )   Case No.: 3:12-cv-00035-DCR <br> )   Judge: Danny Reeves <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

EXHIBIT A



# SUPPLEMENTARY REPORT

By: M. Hirte

DATE: 12/31/09                                                    CASE NO. 09-5046

NARRATIVE:

On August 17th, 2009, Deputy Wilkinson of the Thurston County Sheriffs Office was dispatched to contact ███████████ regarding a harassment complaint. She told Deputy Wilkinson that she was formerly dating a man named Michael Vaughan who resides on the east coast. She explained that she had met him several years earlier while in military training. She said they had lost contact but began contacting each other in approximately January 2009 where a romantic relationship developed.

She contained to explain that Michael would visit her in Washington State approximately every four to six weeks and would stay for three to five days.

███████ said that Michael's attitude started to change to paranoia. He would accuse her of not being trustworthy and cheating on him. She said no matter what she tried to do to convince him otherwise, his accusations would become more and more intense. She said because of Michaels attitude she broke the relationship off.

After informing Michael that she did not want to see him anymore, Michael started posting photographs that were taken of them while they were together. The photographs would be described as "intimate." According to ███████, Michael posted the photos with a threat that she will "hurt." ███████ also said she believes Michael is monitoring her MySpace page either through the use of friends or manipulating her logon information because he somehow knows what is being said between her and her friends/family.

Case No. 09-5046

After emails and postings were made of her she contacted Michaels commanding officer since he is still associated with the US Army. She informed Colonel Hayes of the situation and he stated he would look into the matter. She told Deputy Wilkinson that after reporting him to Colonel Hayes, she received additional text messages and emails. According to ████, Michael made the statement to her "now the gloves are off." She had also learned that Michael has been married for ten years and have three children in Kentucky.

On August 24th, 2009, ████████ came to my office for an interview. She had also brought copies of the emails, personal photos when Michael was here with her and a personal video taken by Michael. I asked ████ about the emails. She explained that she had received messages on her two email accounts. Her personal one with yahoo and her military one issued by the US Army. She said the messages on her Army account were short and demanding but not threatening. The ones to her Yahoo account have threatening overtones however. It demands that she contact Michael by 12:00 Noon or he would post several intimate photographs of her performing sexual acts. He threatens to send it to all of her friends on MySpace, Facebook and emails to family members and coworkers on Fort Lewis. He used the email addresses of GLIDDY19802@yahoo.com and EMAGDNIMR01@yahoo.com during the communications.

████ continued to tell me that she did not call him at all and by approximately 3:00PM he had forwarded messages with the photographs to several people she had known. She said he had also created a false MySpace page.

I asked what the MySpace page said and she provided me with a copy of it. It shows that friend ID number 495441909 is made to appear to have been made by ████. It shows a photograph of her as part of the identification. Within the page, which is publicly available, it provides her full maiden name, her age, where she works at ███████████ and specifically what unit. It also states "my favorite thing is I Love sucking cock! Below are some links to her real skills...." It is then followed by several links to a website called "www.ex-revenge.com" and "www.slutload.com." Both of the websites are focused around the degradation of former girlfriends and wives by posting personal intimate photographs of them. They are intermingled with professional adult pornography materials.

Case No. 09-5046

I asked███if she had ever given anyone permission to post any of her personal photographs to any website. She said "absolutely not." I asked if she had created the MySpace website advertising herself. She again stated "absolutely not." After taking a taped statement from her I investigated the websites to determine if they were publicly available.

I checked the website "www.slutload.com" to determine if███is in the video. I located the video where she is performing a sexual act and documented it. The video on the website was the same video that███brought into my office. She was additionally identified by her unique military style tattoos.

I also checked the website "www.ex-revenge.com" and using the links provided on the reported fake MySpace page, I located an additional three images that also depicted███with intimate photographs.

On November 12th, 2009, I applied for and was granted a search warrant for records relating to the MySpace page of Friend #495441909. The warrant was authorized by Hon. Judge Hirsh of Thurston County Superior Court and served to the Custodian of Records of MySpace.com on the same day.

On November 18, 2009, I received a return from MySpace as it relates to the contents. MySpace provided me with photographs that were on the page during it's initial construction and had eleven photographs of the victim,███posted to it. Of the photographs, ten were considered to be inappropriate and/or pornographic in nature.

MySpace also provided the internet protocol address during the initial page construction and any additional logons. There logs showed that there was only one logon and it was during the initial setup. That IP address is 75.145.247.49. No other IP addresses were noted. The logs also showed that the page setup was performed on August 22nd, 2009, at 0709 hours Pacific.

Case No. 09-5046

A check with the American Registry of Internet Numbering, the organization responsible for the distribution of IP addresses, revealed that IP 75.145.247.49 is administered by Comcast Cable Communications.

On November 30th, 2009, I was authorized a subpoena duces tecum for the subscriber information related to IP 75.145.247.49. It was authorized by Hon. Judge Hirsch of Thurston County Superior Court and served to the Custodian of Records for Comcast Cable Communications.

On December 3rd, 2009, I received a return from Comcast Cable Communications. It indicated that the IP address at the suspected time belonged to Comfort Inn and Suites located at 100 Wildwood Road in Salem, Virginia.

I located a phone number for Comfort Inn and talked to the manager, Becca. I asked if she could check her guest list and tell me if Michael Vaughan had stayed at the hotel anytime between August 20th, 2009, to August 25th, 2009. She said she did not find anyone with that name staying there as a guest.

I asked her about her wireless internet access and how that was handled. She explained that all the rooms have free wireless access along with the outdoor patio and guest lobby. I asked if there were any credentials that needed to be verified, such as being a guest, or if anyone could access it from their lobby. She said they do not have any verification system and anyone with a wireless capable laptop can access the internet.

On November 10th, 2009, I also applied for a search warrant related to the emails addresses that the suspect had been using. The warrant asked for IP addresses and any information Yahoo was provided when the accounts were set up. The warrant was authorized by Judge Hirsch from Thurston County Superior Court and served to the Custodian of Records at Yahoo.com.

On November 20th, 2009, I received a return from Yahoo.com. They informed me that out of the two accounts only one, GLIDDY19802@Yahoo.com was valid. The other account was deleted by Yahoo since they had received a complaint against it some time ago.

Page 4 of 5

Case No. 09-5046

The subscriber information stated that the user was from Indonesia and a check of the IP addresses showed vastly different ranges; all within hours of each other. They included Indonesia, Germany, Italy, Nigeria and the United States. It was apparent that the user was employing a proxy server to make connections to the internet thus making any further investigation into the email address moot.

During the course of the investigation I was in contact with Vaughn's military commander. I learned that both Vaughn and his commander, Col. Hayes, were actually civilians together within the same private company that Col. Hayes owns. After several minutes of discussions, Hayes informed me that based upon the information he received from ████████████ and what he observed on the websites she reported he had terminated him from his civilian employment with his company. He also told me that he contacted Vaughn's wife and informed her that he had been terminated and the reasons for the termination. He said that after terminating him from his private company, he additional began a military inquiry for conduct unbecoming an officer for his National Guard status. I asked if he knew where I could contact Vaughn and he said he did not since he was banned from Post, kicked out the house by his wife and barred from returning to the company.

Using the last known phone numbers for Vaughn to include email addresses I attempted to contact him regarding his relationship with ███████████. As of this writing I have not received any messages from him.



I had also contacted MySpace.com, Slutload.com and Ex-Revenge.com and had all references of ████████████ and associated photos/videos removed from their site. I also asked that I be contacted should anyone in the next twelve months try to post any information related to ██████ ████████ I confirmed that none of the websites and information was available any longer.

At this time I recommend case suspension. Search warrants for the relevant data did not reveal a solid suspect and no further contacts were reported by ████████████. During the course of the investigation she had also obtained a protection order against him. Nothing Further.



## THURSTON COUNTY SHERIFF'S OFFICE
### SUPPLEMENTAL REPORT

**Year-Case Number:** **09-5046**
**Deputy:** **M. Hirte**
**ID Number:** **H7102**
**Date:** **3/27/12**
**Person(s)/Items Entered**
  **WACIC:**
  **NCIC:**
**Signed Stolen Attached:**
**List other documents attached reference case:**

**Narrative:**

On August 17th, 2009, I conducted an investigation of a harassment that was reported by ▆▆▆▆▆▆ During the course of the initial investigation multiple search warrants were obtained and executed for records. I was not able to ascertain a positive suspect and recommended the case as suspended.

In January 2010 I was made aware of a military investigation involving the possible suspect and statements were obtained. The KYNG / JAG office has not sent additional documentation and I recommend case suspension. Nothing Further.