UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 12-35-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KENTUCKY ARMY NATIONAL | ) | **ORDER** |
| GUARD and UNITED STATES | ) | |
| DEPARTMENT OF THE ARMY, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court for consideration of Plaintiff Michael Dean Vaughan's motion to file certain documents under seal as attachments to his response in opposition to the defendants' motion to dismiss.  [Record No. 28]  Vaughan asserts that the documents contain information protected by the federal Privacy Act.  The Court notes that, although this motion is not unopposed, the defendants have previously filed two motions for leave to seal similar documents. [Record Nos. 15, 20] In those motions, the defendants submitted attachments under seal and reserved the question of whether the documents may be unsealed under the Privacy Act. [*See* Record No. 15, p. 1]  Being sufficiently advised, it is hereby

**ORDERED** that Vaughan's Motion to Seal Exhibits [Record No. 28] is **GRANTED**. Exhibits A through H to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss shall be maintained in the record under seal pending further Orders of the Court.

-1-

This 19th day of September, 2012.



Signed By:

*Danny C. Reeves*  DCR

United States District Judge