UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 12-0035-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KENTUCKY ARMY NATIONAL GUARD and UNITED STATES DEPARTMENT OF THE ARMY, | ) ) ) ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) All claims asserted by Plaintiff Michael Dean Vaughan regarding the AR 15-6 Report, the letter of reprimand, and the Officer Evaluation Report are **DISMISSED**, with prejudice. Judgment is entered in favor of the Defendants Kentucky Army National Guard and United States Department of the Army with respect to these claims.

(2) All remaining claims asserted in this action by Plaintiff Michael Dean Vaughan are **DISMISSED**, without prejudice.

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket.

(4) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 18th day of January, 2013.



Signed By:
*Danny C. Reeves* DCR
United States District Judge