

Michael Vaughan
500 Leo Drive
Hamilton, Ohio 45013



CINCINNATI OH  452

15 JUN 2026  PM 2

U.S. District Court Clerk
313 John C. Watts Federal Building,
330 West Broadway, Frankfort, KY 40601

40601-199999

Back of Envelope