# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

MICHAEL DEAN VAUGHAN,
Plaintiff,

Civil Action No. 3:12-cv-00035-DCR

Hon. Danny C. Reeves

v.

KENTUCKY ARMY NATIONAL GUARD
and
UNITED STATES DEPARTMENT OF THE
ARMY,
Defendants.

Eastern District of Kentucky
FILED

JUN 18 2026

AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY
### (Pro Se Registration as a CM/ECF Filing User)

Plaintiff Michael Dean Vaughan, pro se, respectfully moves the Court for leave to register as a Filing User and to file and receive documents electronically through the Court's Case Management/Electronic Case Filing (CM/ECF) system in this action. In support, Plaintiff states as follows.

1.  Need. Plaintiff is preparing a motion under Federal Rule of Civil Procedure 60(d)(3) to set aside the Judgment (Record No. 38) for fraud upon the court. That motion will be supported by voluminous documentary exhibits already in electronic form: a compact disc of scanned military records and a digital archive (an Outlook PST file) of official command, judge advocate, and government electronic mail correspondence, together totaling several hundred pages. Plaintiff obtained these materials in 2014 through discovery in related state-court proceedings, from a government records custodian. Their volume and native electronic format make paper filing impracticable; electronic filing is necessary to file and serve them efficiently, legibly, and at reasonable cost, and to spare the Clerk the burden of scanning a submission of that size.

2.   Although this action is closed, relief under Rule 60(d)(3) is committed to the Court's continuing authority over its own judgments, and the anticipated filing will require the electronic submission of extensive exhibits. Granting leave to file electronically will promote the orderly and economical presentation of that filing.

3.   Capacity. Plaintiff has the technical capacity to file electronically and to receive filings daily. Plaintiff has a computer with internet access; an electronic-mail account able to receive notices from the Court and the CM/ECF system daily; a scanner to convert paper documents into electronic format; a printer to produce required paper copies; word-processing software; a PDF reader and writer; and an individual, upgraded PACER account (username warhacker6, associated with warhacker6@gmail.com).

4.   Plaintiff has reviewed, and agrees to comply with, the Joint Local Rules of this Court and the Court's Electronic Case Filing policies and procedures, and will conform his electronic filings to those requirements.

5.   Upon registration, Plaintiff understands and consents that he will receive notices and documents in this case electronically rather than by first-class mail, and he waives mail notice to the extent permitted by Federal Rules of Civil Procedure 5(b)(2) and 77(d).

6.   Plaintiff understands that permission to file electronically may be conditioned or revoked by the Court at any time.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting him leave to register as a pro se Filing User and to file and receive documents electronically through CM/ECF in this action and directing the Clerk to provide any registration instructions necessary to effectuate that access.

Respectfully submitted,

Michael Dean Vaughan, Pro Se
500 Leo Drive
Hamilton, Ohio 45013
(859) 743-1355
warhacker6@gmail.com

Dated: June 15, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June 2026, a true and correct copy of the foregoing

Plaintiff's Motion for Leave to File Electronically was served by first-class United States mail,

postage prepaid, upon:

Office of the United States Attorney
Eastern District of Kentucky
260 West Vine Street, Suite 300
Lexington, Kentucky 40507

Michael Dean Vaughan, Pro Se